No. 3777.—León Lugo, peticionario-apldo., v. Pueblo, opositor-aplte.—C. D. Ponce. ▉▉▉▉▉▉▉▉ Nov. 5, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vistos los autos y la moción que antecede sobre reconsideración de la sentencia dictada por este tribunal con fecha 26 de julio de 1929, no ha lugar a reconsiderar.

El Juez Asociado Señor Texidor no intervino.